UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT CR 15-227 JRT/SER |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 2 |
| | ) 18 U.S.C. § 371 |
| v. | ) 18 U.S.C. § 922(a)(6) |
| | ) 18 U.S.C. § 924(a)(2) |
| 1. SABRINA AWEYS IKAR, and | ) 18 U.S.C. § 924(d)(1) |
| | ) 28 U.S.C. § 2461(c) |
| 2. FAUSI IBRAHIM MOHAMED, | ) |
| | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Provide False Statements During the Acquisition of Firearms)

From on or about February 14, 2015, and continuing through on or about June 9, 2015, in the State and District of Minnesota, the defendants,

**SABRINA AWEYS IKAR and
FAUSI IBRAHIM MOHAMED,**

knowingly and willfully conspired and agreed together with each other, and with others known and unknown to the grand jury, in connection with the acquisition of firearms, to knowingly make false and fictitious written statements to Bill's Gun Shop and Range, Robbinsdale, Minnesota, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, which statements were intended and likely to deceive Bill's Gun Shop and Range, Robbinsdale, Minnesota, as to a fact material to the lawfulness of such acquisition of the firearms by the defendants under Chapter 44, Title 18, United States Code, by executing Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and



Explosives Form 4473, Firearms Transaction Record, to the effect that defendant **SABRINA AWEYS IKAR** was the actual buyer of the firearms indicated on the Forms 4473, when in fact as the defendants then knew, she was not the actual buyer of the firearms; and, in furtherance of the conspiracy and to effect the objects thereof, the defendants committed overt acts in the State and District of Minnesota, including, but not limited to, the acts set forth in Counts 2 through 6 of this indictment, which are hereby realleged and incorporated herein by reference, all in violation of Title 18, United States Code, Sections 371, 922(a)(6) and 924(a)(2).

## COUNT 2
(Providing a False Statement During the Acquisition of a Firearm)

On or about February 14, 2015, in the State and District of Minnesota, the defendants,

**SABRINA AWEYS IKAR and**
**FAUSI IBRAHIM MOHAMED,**

aiding and abetting each other, in connection with the acquisition of a firearm, that is, a Smith & Wesson, Model MP9, 9 millimeter semi-automatic pistol, serial number HUR9123, from Bill's Gun Shop and Range, Robbinsdale, Minnesota, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Bill's Gun Shop and Range, Robbinsdale, Minnesota, which statement was intended and likely to deceive Bill's Gun Shop and Range, Robbinsdale, Minnesota, as to a fact material to the lawfulness of such acquisition of the said firearm by defendant **SABRINA AWEYS IKAR** under Chapter 44, Title 18, United States Code, in that defendant **SABRINA AWEYS IKAR** did execute a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearm indicated on the Form 4473, when in fact as the defendants then knew, she was not the actual buyer of the firearm, all in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT 3
(Providing a False Statement During the Acquisition of a Firearm)

On or about March 13, 2015, in the State and District of Minnesota, the defendants,

**SABRINA AWEYS IKAR and
FAUSI IBRAHIM MOHAMED,**

aiding and abetting each other, in connection with the acquisition of a firearm, that is, a Smith & Wesson, Model MP9, 9 millimeter semi-automatic pistol, serial number HSV7265, from Bill's Gun Shop and Range, Robbinsdale, Minnesota, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Bill's Gun Shop and Range, Robbinsdale, Minnesota, which statement was intended and likely to deceive Bill's Gun Shop and Range, Robbinsdale, Minnesota, as to a fact material to the lawfulness of such acquisition of the said firearm by defendant **SABRINA AWEYS IKAR** under Chapter 44, Title 18, United States Code, in that defendant **SABRINA AWEYS IKAR** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearm indicated on the Form 4473, when in fact as the defendants then knew, she was not the

actual buyer of the firearm, all in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT 4
(Providing a False Statement During the Acquisition of a Firearm)

On or about April 26, 2015, in the State and District of Minnesota, the defendants,

**SABRINA AWEYS IKAR and**
**FAUSI IBRAHIM MOHAMED,**

aiding and abetting each other, in connection with the acquisition of a firearm, that is, a Charter Arms, Model Lavender Lady, .38 caliber revolver, serial number 14-33449, from Bill's Gun Shop and Range, Robbinsdale, Minnesota, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Bill's Gun Shop and Range, Robbinsdale, Minnesota, which statement was intended and likely to deceive Bill's Gun Shop and Range, Robbinsdale, Minnesota, as to a fact material to the lawfulness of such acquisition of the said firearm by defendant **SABRINA AWEYS IKAR** under Chapter 44, Title 18, United States Code, in that defendant **SABRINA AWEYS IKAR** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearm indicated on the Form 4473, when in fact as the defendants then knew, she was not the actual buyer of the firearm, all in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

United States v. Sabrina Aweys Ikar, et al.

## COUNT 5
(Providing a False Statement During the Acquisition of a Firearm)

On or about May 21, 2015, in the State and District of Minnesota, the defendants,

**SABRINA AWEYS IKAR and**
**FAUSI IBRAHIM MOHAMED,**

aiding and abetting each other, in connection with the acquisition of a firearm, that is, a Glock, Model 17 Gen 4, 9 millimeter semi-automatic pistol, serial number YSV332, from Bill's Gun Shop and Range, Robbinsdale, Minnesota, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Bill's Gun Shop and Range, Robbinsdale, Minnesota, which statement was intended and likely to deceive Bill's Gun Shop and Range, Robbinsdale, Minnesota, as to a fact material to the lawfulness of such acquisition of the said firearm by defendant **SABRINA AWEYS IKAR** under Chapter 44, Title 18, United States Code, in that defendant **SABRINA AWEYS IKAR** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearm indicated on the Form 4473, when in fact as the defendants then knew, she was not the actual buyer of the firearm, all in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT 6
(Providing a False Statement During the Acquisition of Firearms)

On or about June 9, 2015, in the State and District of Minnesota, the defendants,

**SABRINA AWEYS IKAR and**
**FAUSI IBRAHIM MOHAMED,**

aiding and abetting each other, in connection with the acquisition of two firearms, that is, a Charter Arms, Model Pink Lady, .38 caliber revolver, serial number 14-15800, and a Glock, Model 21 Gen 4, .45 caliber semi-automatic pistol, serial number XLW653, from Bill's Gun Shop and Range, Robbinsdale, Minnesota, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Bill's Gun Shop and Range, Robbinsdale, Minnesota, which statement was intended and likely to deceive Bill's Gun Shop and Range, Robbinsdale, Minnesota, as to a fact material to the lawfulness of such acquisition of the said firearms by defendant **SABRINA AWEYS IKAR** under Chapter 44, Title 18, United States Code, in that defendant **SABRINA AWEYS IKAR** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that she was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendants then knew, she was not the actual buyer of the firearms, all in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## FORFEITURE ALLEGATION

If convicted of Counts 1 through 6 of this indictment, the defendants,

**SABRINA AWEYS IKAR and
FAUSI IBRAHIM MOHAMED,**

shall forfeit to the United States any firearms and ammunition involved in or used in connection with such violations including, but not limited to, a Smith & Wesson, Model MP9, 9 millimeter semi-automatic pistol, serial number HUR9123, a Smith & Wesson, Model MP9, 9 millimeter semi-automatic pistol, serial number HSV7265, a Charter Arms,

6

Model Lavender Lady, .38 caliber revolver, serial number 14-33449, a Glock, Model 17 Gen 4, 9 millimeter semi-automatic pistol, serial number YSV332, a Charter Arms, Model Pink Lady, .38 caliber revolver, serial number 14-15800, and a Glock, Model 21 Gen 4, .45 caliber semi-automatic pistol, serial number XLW653, all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY              FOREPERSON